

**IT IS ORDERED as set forth below:**

**Date: April 11, 2014**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GEORGIA HYDRAULIC | : | |
| CYLINDERS, INC., | : | CASE NO. 14-57226-jrs |
| | : | |
| DEBTOR. | : | |

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GEORGIA HYDRAULIC | : | |
| INTERNATIONAL, INC., | : | CASE NO. 14-57233-JRS |
| | : | |
| DEBTOR. | : | |

**ORDER APPROVING SELECTION**
**AND APPOINTMENT OF CHAPTER 11 TRUSTEE**

The United States Trustee having advised this Court that he has selected and appointed S.

Greg Hays as chapter 11 trustee in this case, and the Court having read and considered the United

States Trustee's Application for Approval of Appointment of Chapter 11 Trustee [Docket Entry No.

1

13], it is hereby-

ORDERED that, pursuant to 11 U.S.C. § 1104, the appointment of S. Greg Hays as chapter 11 trustee is approved, effective April 11, 2014, and it is

FURTHER ORDERED that the trustee shall have all the powers of a trustee under 11 U.S.C. § 1106 and the authority to operate the Debtors' business pursuant to 11 U.S.C. § 1108, and it is

FURTHER ORDERED that the trustee shall be responsible for filing with the Court and submitting to the United States Trustee  all monthly reports required by the United States Trustee and any other information reasonably necessary to allow the United States Trustee to administer this case.

[END OF DOCUMENT]

Order prepared by:

*/s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404) 331-4437, ext. 145
thomas.w.dworschak@usdoj.gov

DISTRIBUTION LIST

Rodney L. Eason
The Eason Law Firm
Suite 200
6150 Old National Highway
College Park, GA 30349

2

Paul G. Durdaller
Valerie K. Richmond
STITES & HARBISON PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308

Georgia Hydraulic International, Inc.
260 The Bluffs
Austell, GA 30168

Georgia Hydraulic Cylinders, Inc.
260 The Bluffs
Austell, GA 30168

S. Gregory Hays, CTP, CIRA, CSAR
Hays Financial Consulting, LLC
3343 Peachtree Road NE, Ste. 200
Atlanta, GA 30326


As well as all parties on mailing matrix