

**IT IS ORDERED as set forth below:**

**Date: April 15, 2014**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **GEORGIA HYDRAULIC** | : | |
| **CYLINDERS, INC.,** | : | **CASE NO. 14-57226-JRS** |
| | : | |
| **DEBTOR.** | : | |

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **GEORGIA HYDRAULIC** | : | |
| **INTERNATIONAL, INC.,** | : | **CASE NO. 14-57233-JRS** |
| | : | |
| **DEBTOR.** | : | |

## ORDER DISMISSING CHAPTER 11 CASES

THIS CAUSE came before the Court at a hearing held at 10:30 a.m. on April 14, 2014

(the "Hearing") to consider, among other things, a joint motion by the Debtors to use cash

collateral (Doc. No. 4, the "Cash Collateral Motion") and a response (Doc. No. 20, the

'Response") to the Cash Collateral Motion that was filed by the Debtors' primary secured

creditor – GemCap Lending I, LLC ("GemCap"), which Response included a request for the

1

317819:2:ATLANTA

Court to *sua sponte* convert or dismiss the above-captioned chapter 11 cases (the "Cases"). Appearing at the Hearing were (a) S. Gregory Hays, as Chapter 11 Trustee in these Cases (the "Chapter 11 Trustee") and his counsel, (b) counsel to the Debtors, (c) counsel to the United States Trustee, and (d) counsel to GemCap.  At the Hearing, the Chapter 11 Trustee and GemCap each argued in favor of a dismissal of the Cases for the reasons set forth in the Response as well for as additional reasons articulated by their respective counsel on the record, the United States Trustee also supported the dismissal for the reasons articulated by its counsel at the Hearing, and the Debtors' counsel stated that the Debtors had no basis to oppose the requested dismissal. Upon reviewing the record in the Cases, in the previous chapter 11 cases filed by one of the Debtors, and in the chapter 11 cases filed by affiliates of the Debtors, and upon reviewing the allegations articulated in the Response, and in considering the arguments of counsel at the Hearing, the Court FINDS:

A. Hays Financial Consulting, LLC was appointed as receiver for each of the Debtors by the Superior Court of Cobb County, Georgia by order entered on the afternoon of April 9, 2014 in a case captioned GemCap Lending, I, LLC v. Georgia Hydraulic Cylinder, Inc. and Georgia Hydraulics International, Inc., Civil Action File No. 14-1-2518-42.

B. Each of the Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code on the morning of April 10, 2014.

C. The Debtors filed the Cash Collateral Motion on the same day.

D. On April 11, 2014, the United States Trustee appointed S. Gregory Hays to serve as Chapter 11 Trustee.

2

E.  This is the third chapter 11 case filed by the Debtor Georgia Hydraulic Cylinders, Inc. in the last three years.

F.  Georgia Hydraulic Cylinders, Inc. is substantially related to Georgia Hydraulic International, Inc.

G.  Neither Debtor currently has any cash with which to operate either of the Debtors' businesses.

H.  GemCap appears to have a properly perfected, first priority security interest in substantially all of the Debtors' assets.

I.  GemCap has indicated it will vigorously oppose any request by the Debtor or the Trustee to use its cash collateral.

J.  The Chapter 11 Trustee, which assumed the Debtors' interest in the Cash Collateral Motion upon his appointment, withdrew the Cash Collateral Motion and represented that he could not offer adequate protection to GemCap for use of its cash collateral.

K.  There is no realistic possibility of the Debtors' obtaining additional financing with which to operate their businesses.

L.  The Debtors cannot continue as going concerns, their assets must be liquidated as quickly as possible in order to maximize any net recovery from those assets, and, based on the representations of the Chapter 11 Trustee, it appears that such liquidation could occur most efficiently outside of bankruptcy.

M.  The interests of the creditors will be better served by permitting the receiver to obtain and continue in possession, custody and control of the property of the Debtors' estates.

317819:2:ATLANTA

N.  Dismissal of the Cases under the terms and conditions of this Order is in the best interest of the Debtors' estates and creditors.

O.  Cause exists to dismiss the Cases because of, among other things, the virtual certainty of a substantial or continuing loss or diminution of the Debtors' estates and the absence of a reasonable likelihood of rehabilitation.

P.  Notice of the Response was reasonable and appropriate under the circumstances, and this Court has the authority to dismiss the Cases without further notice.

Accordingly, for the reasons set forth herein and for additional reasons set forth at the Hearing, it is ORDERED that:

1.  The Cases are dismissed.

2.  Possession and control of the Debtors' assets shall remain with or immediately be transferred to Hays Financial Consulting, LLC, as receiver, which is excused from complying with the provisions of section 543(a), (b) or (c) of the Bankruptcy Code.

3.  The refiling of any subsequent bankruptcy case on or before for 180 days from the date of the entry of this Order is hereby prohibited and such prohibition shall be deemed binding and in full force and effect in this case or in any subsequent bankruptcy case filed within 180 days of the entry of this Order, whether filed by or against either Debtor, and any such filing shall not limit or operate to stay GemCap from exercising its rights and remedies in the Collateral and the Loan Documents, and the receiver shall be excused from complying with the provisions of section 543(a),(b) or (c) of the Bankruptcy Code upon any such filing.

**[END OF DOCUMENT]**

4

317819:2:ATLANTA

Prepared and presented by:
SCROGGINS & WILLIAMSON, P.C.


/s/ J. Hayden Kepner, Jr.
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
J. HAYDEN KEPNER, JR.
Georgia Bar No. 416616
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303
T: (404) 893-3880
F: (404) 893-3886
E: hkepner@swlawfirm.com
*Counsel for Chapter 11 Trustee*

5

317819:2:ATLANTA

## DISTRIBUTION LIST

Thomas W Dworschak
Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

J. Hayden Kepner, Jr.
Scroggins & Williamson, P.C.
1500 Candler Building
127 Peachtree Road, N.E.
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Street, N.E.
Suite 200
Atlanta, Georgia 30326-1420

Paul G. Durdaller
Stites & Harbison PLLC
2800 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308

Rodney L. Eason
The Eason Law Firm
Suite 200
6150 Old National Highway
College Park, GA 30349-4367

6

317819:2:ATLANTA